**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Gold Hill Enterprises, LLC, | ) | Case No. 11-02458 |
| | ) | |
| Debtor. | ) | |

**STATEMENT OF CHANGE**

In accordance with SCLBR 1009-1, the Debtor hereby amends its Schedules A, D, F, G, and H as follows:

Schedule A is amended to clarify the property descriptions; to change the value of the 95.608 parcel plus 7.836 parcel with buildings to $8,760,000.00 with a secured claim of $6,552,754.96; and to change the value of the 5.6 acre parcel to $750,000.00 and the amount of the secured claim.

Schedule D is amended to reflect the property descriptions and value of the properties consistent with the descriptions and values on amended Schedule A. Further, Schedule D is amended to reflect that the Synovus Bank claim(s) is/are disputed. Schedule D is also amended to change the amount of the claim of the York County Tax Collector. Finally, Schedule D is amended to add a secured claim of Synovus Bank on the 5.6 acre tract.

Schedule F is amended to add the following creditors: Anthony Aulisio, Jr., CPA; Hartsell & Williams, P.A.; Sowell Grey; John McAlister; The National Auction Group; Leonard K. Jackson; Alexander Rusak; and The Paces Foundation, Inc. Further, Schedule F is amended to reflect that the value of the claim of Robert Palmer & Assoc. is $400.

Schedule G is amended to correct the address of Fort Mill School District No. 4 and to correct the name of Helda Enterprises Int'l., LLC.

Schedule H is amended to reflect the addition of Co-Debtors for the debt to Intelligent Technology, Inc. Further, Schedule H is amended to correct the name of Synovus Bank.

In addition, the Debtor hereby files the statement of Business Income and Expenses.

RESPECTFULLY SUBMITTED on this the 6th day of May, 2011, in Columbia, South Carolina.

                                  BARTON LAW FIRM, P.A.

            By:    /s/Barbara George Barton
                    Barbara George Barton, I.D. #1221
                    Attorney for the Debtor
                    P. O. Box 12046
                    Columbia, SC  29211-2046
                    (803) 256-6582
                    Email:  bbarton@bartonlawsc.com

B6A (Official Form 6A) (12/07)

In re **Gold Hill Enterprises, LLC** , Case No. **11-02458**
Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **95.608 Acres; rough graded land, GHC Parcels; 19, 20, 21, 22, 23, 24 plus 7.836 acres which consists of 2 buildings on approx. 2.9 acres plus 4 graded pads on approx. 5 acres.** | | - | **8,760,000.00** | **6,552,754.96** |
| **5.6 Acres; pad ready grading for 65,992 sq. ft. building** | | - | **750,000.00** | **3,540,524.34** |

|  |  |  |
|---|---|---|
| Sub-Total > | **9,510,000.00** | (Total of this page) |
| Total > | **9,510,000.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Gold Hill Enterprises, LLC** , Case No. **11-02458**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx28-34** <br><br> **Fifth Third Bank** <br> **%Jeff Mylton** <br> **6310 Fairview Rd.** <br> **Charlotte, NC 28210** | X | - | **Mortgage** <br><br> **5.6 Acres; pad ready grading for 65,992 sq. ft. building** <br><br> Value $ 750,000.00 | | | X | 946,850.34 | 196,850.34 |
| Account No. <br><br> **Synovus Bank** <br> **PO Box 1457** <br> **Columbia, SC 29202** | X | - | **Mortgage (First)** <br> **7.836 acres which consists of 2 blds of approx. 2.9 acres plus 4 graded pads on approx. 5 acres  AND** <br> **2nd Mortgage on 95.608 acres; rough graded land, GHC parcels: 19, 20, 21,22,23,24** <br> Value $ 8,760,000.00 | | | X | 5,345,478.66 | 0.00 |
| Account No. <br><br> **Synovus Bank** <br> **PO Box 1457** <br> **Columbia, SC 29202** | X | - | **Mortgage** <br><br> **95.608 acres; rough graded land; GHC Parcels, 19, 20, 21, 22, 23, 24** <br><br> Value $ 4,860,000.00 | | | X | 989,622.50 | 0.00 |
| Account No. <br><br> **Synovus Bank** <br> **PO Box 1457** <br> **Columbia, SC 29202** | | - | **Second Mortgage** <br><br> **5.6 acres; pad ready grading for 65,992 sq. ft. building** <br><br> Value $ 750,000.00 | | | | 2,593,674.00 | 0.00 |
| **1** continuation sheets attached | | | Subtotal (Total of this page) | | | | 9,875,625.50 | 196,850.34 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Gold Hill Enterprises, LLC**, Case No. **11-02458**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **York County Tax Collector** **2 S. Congress Street** **PO Box 116** **York, SC 29745-0116** | | - | **Property Taxes on 7.836 Acres and 2 buildings** <br><br> Value $ **3,900,000.00** | | | | **217,653.80** | **0.00** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) **217,653.80** **0.00**

Total (Report on Summary of Schedules) **10,093,279.30** **196,850.34**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Gold Hill Enterprises, LLC**, Case No. **11-02458**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Alexander Rusak<br>% Mark White<br>Spencer & Spencer, P.A.<br>PO Box 790<br>Rock Hill, SC 29731 | | - | | | | | **Unknown** |
| Account No.<br><br>Anthony Aulisio Jr., CPA<br>18831 Bardeen Avenue, Ste. 200<br>Irvine, CA 92612 | | - | 4/4/2011<br>Preparation of 2009 Partnership Returns | | | | **875.00** |
| Account No. **358**<br><br>Barfield Grading<br>270 N Sutton Rd.<br>Fort Mill, SC 29708 | X | - | 2008-2009<br>Grading work at SunBelt Building; erosion repair and parking lot | | | X | **64,000.00** |
| Account No. **xxx4834**<br><br>CESI<br>PO Box 268<br>Concord, NC 28026-0268 | X | - | 1/28/10<br>Boundary Survey | | | X | **19,373.05** |
| **3** continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | **84,248.05** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Gold Hill Enterprises, LLC** , Case No. **11-02458**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Hartsell & Williams, P.A.**<br>**PO Box 368**<br>**Concord, NC 28026-0368** | | - | **Legal Services** | | | | **2,634.00** |
| Account No. **x-xxxx-4345**<br>**Intelligent Technology, Inc.**<br>**PO Box 472231**<br>**Charlotte, NC 28247** | X | - | **4/1/10**<br>**Monitoring of Fire Alarm Systems** | | | X | **351.00** |
| Account No.<br>**Jennings Enterprises**<br>**PO Box 1435**<br>**Fort Mill, SC 29716** | | - | **Bills paid to date on behalf of Gold Hill Enterprises** | | | | **29,677.46** |
| Account No.<br>**John McAllister**<br>**John McAllister Realty Consulting**<br>**420 Aiken Hunt Circle**<br>**Columbia, SC 29223** | | - | | | | X | **0.00** |
| Account No.<br>**Kathryn Jennings**<br>**PO Box 1435**<br>**Fort Mill, SC 29716** | | - | **Paid taxes for 95 acres**<br>**(2009 Taxes = $191.32; 2010 taxes = $178.34)** | | | | **369.66** |

Sheet no. **1** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **33,032.12**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gold Hill Enterprises, LLC**, Case No. **11-02458**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Leonard K. Jackson**<br>**% Mark White**<br>**Spencer & Spencer, P.A.**<br>**PO Box 790**<br>**Rock Hill, SC 29731** | | - | | | | | **Unknown** |
| Account No.<br>**Mack & Mack**<br>**B. Bayles Mack**<br>**101 Allison St.**<br>**Fort Mill, SC 29715** | | - | **Auction Work** | | | | **36,000.00** |
| Account No. **xxxxx72-00**<br>**National Corporate Research, LTD**<br>**615 South DuPont Hwy.**<br>**Dover, DE 19901** | X | - | **12/09**<br>**On-line research service** | | | X | **158.00** |
| Account No.<br>**Robert Palmer & Assoc.**<br>**Bobby Palmer**<br>**1171 Market St., Ste. 101**<br>**Fort Mill, SC 29708** | | - | **Prepared the 2010 tax return for Gold Hill Enterprises** | | | | **400.00** |
| Account No.<br>**Sowell Gray**<br>**ATTN: Bobby Stepp**<br>**1310 Gadsden Street**<br>**Columbia, SC 29211** | | - | **Legal Fees** | | | | **107,983.24** |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **144,541.24**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gold Hill Enterprises, LLC**                             ,     Case No.  **11-02458**
                                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**The National Auction Group, Inc.**<br>**644 Walnut Street**<br>**PO Box 149**<br>**Gadsden, AL 35901** | | - | | | | X | **Unknown** |
| Account No.<br>**The Paces Foundation, Inc.**<br>**% Mark White**<br>**Spencer & Spencer, P.A.**<br>**PO Box 790**<br>**Rock Hill, SC 29731** | | - | | | | | **Unknown** |
| Account No. **xxx8218**<br>**Valley Crest Landscaping Maintenance**<br>**PO Box 404083**<br>**Atlanta, GA 30384-4083** | X | - | **8/09 - 1/10**<br>**Landscaping at GH III Building** | | | X | **11,135.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **11,135.00**

Total (Report on Summary of Schedules)  **272,956.41**

B6G (Official Form 6G) (12/07)

In re  **Gold Hill Enterprises, LLC**                                         ,   Case No.   **11-02458**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Corinthian International, Inc.**<br>**PO Box 7804**<br>**Fairview Rd., Ste. 218**<br>**Charlotte, NC 28226** | **Development Agreement** |
| **Fort Mill School District No. 4**<br>**ATTN: Dr. James N. Epps, Jr., Super.**<br>**120 East Elliott Street**<br>**Fort Mill, SC 29715** | **All those certain parcels or tracts of land shown...as 2.92 acres on Tax Map #716-00-00-072 in Fort Mill Township, York County, South Carolina on Deerfield Drive (herein after, "Tract #1") and +/- 10-14 acres generally to the east of Baldor Electric (Tax Map #716-00-00-054 property, however containing a strip of property located to the south and west of Baldor property, said strip of property adjoining right-of-way for Deerfield Drive (hereinafter, "Tract #2")** |
| **Helda Enterprises, Int.'l., LLC**<br>**PO Box 7804**<br>**Fairview Rd., Ste. 218**<br>**Charlotte, NC 28226** | **Settlement Agreement** |
| **R. Shawn Helda**<br>**PO Box 7804**<br>**Fairview Rd., Ste. 218**<br>**Charlotte, NC 28226** | **Settlement Agreement** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Gold Hill Enterprises, LLC**                              ,     Case No. **11-02458**
                                                  Debtor

# SCHEDULE H - CODEBTORS - AMENDED

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Corinthian International, LLC**<br>**PO Box 7804**<br>**Fairview Rd., Ste. 218**<br>**Charlotte, NC 28226** | **Fifth Third Bank**<br>**%Jeff Mylton**<br>**6310 Fairview Rd.**<br>**Charlotte, NC 28210** |
| **Corinthian International, LLC**<br>**PO Box 7804**<br>**Fairview Rd., Ste. 218**<br>**Charlotte, NC 28226** | **Barfield Grading**<br>**270 N Sutton Rd.**<br>**Fort Mill, SC 29708** |
| **Corinthian International, LLC**<br>**PO Box 7804**<br>**Fairview Road, Ste. 218**<br>**Charlotte, NC 28226** | **CESI**<br>**PO Box 268**<br>**Concord, NC 28026-0268** |
| **Corinthian International, LLC**<br>**PO Box 7804**<br>**Fairview Rd., Ste. 218**<br>**Charlotte, NC 28226** | **National Corporate Research, LTD**<br>**615 South DuPont Hwy.**<br>**Dover, DE 19901** |
| **Corinthian International, LLC**<br>**PO Box 7804**<br>**Fairview Rd., Ste. 218**<br>**Charlotte, NC 28226** | **Valley Crest Landscaping Maintenance**<br>**PO Box 404083**<br>**Atlanta, GA 30384-4083** |
| **Corinthian International, LLC**<br>**PO Box 7804**<br>**Fairview Rd., Ste. 218**<br>**Charlotte, NC 28226** | **Synovus Bank**<br>**PO Box 1457**<br>**Columbia, SC 29202** |
| **Corinthian International, LLC**<br>**POBox 7804**<br>**Fairview Rd., Ste. 218**<br>**Charlotte, NC 28226** | **Intelligent Technology, Inc.**<br>**PO Box 472231**<br>**Charlotte, NC 28247** |
| **Corinthian International, LLC**<br>**PO Box 7804**<br>**Fairview Rd., Ste. 218**<br>**Charlotte, NC 28226** | **Synovus Bank**<br>**PO Box 1457**<br>**Columbia, SC 29202** |
| **Corinthian Properties, LLC**<br>**PO Box 7804**<br>**Fairview Rd., Ste. 218**<br>**Charlotte, NC 28226** | **Fifth Third Bank**<br>**%Jeff Mylton**<br>**6310 Fairview Rd.**<br>**Charlotte, NC 28210** |

  **2**
_____ continuation sheets attached to Schedule of Codebtors

In re  **Gold Hill Enterprises, LLC**  ,                            Case No. **11-02458**
                                       Debtor

# SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Corinthian Properties, LLC**<br>PO Box 7804<br>Fairview Rd, Ste., Ste. 218<br>Charlotte, NC 28226 | **Barfield Grading**<br>270 N Sutton Rd.<br>Fort Mill, SC 29708 |
| **Corinthian Properties, LLC**<br>PO Box 7804<br>Fairview Road, Ste. 218<br>Charlotte, NC 28226 | **CESI**<br>PO Box 268<br>Concord, NC 28026-0268 |
| **Corinthian Properties, LLC**<br>PO Box 7804<br>Fairview Rd., Ste. 218<br>Charlotte, NC 28226 | **National Corporate Research, LTD**<br>615 South DuPont Hwy.<br>Dover, DE 19901 |
| **Corinthian Properties, LLC**<br>PO Box 7804<br>Fairview Rd., Ste. 218<br>Charlotte, NC 28226 | **Valley Crest Landscaping Maintenance**<br>PO Box 404083<br>Atlanta, GA 30384-4083 |
| **Corinthian Properties, LLC**<br>PO Box 7804<br>Fairview Rd., Ste. 218<br>Charlotte, NC 28226 | **Synovus Bank**<br>PO Box 1457<br>Columbia, SC 29202 |
| **Corinthian Properties, LLC**<br>PO Box 7804<br>Fairview Rd., Ste. 218<br>Charlotte, NC 28226 | **Intelligent Technology, Inc.**<br>PO Box 472231<br>Charlotte, NC 28247 |
| **Corinthian Properties, LLC**<br>PO Box 7804<br>Fairview Rd., Ste. 218<br>Charlotte, NC 28226 | **Synovus Bank**<br>PO Box 1457<br>Columbia, SC 29202 |
| **David W. Jennings**<br>2035 Coltharp Rd.<br>Fort Mill, SC 29715 | **Fifth Third Bank**<br>%Jeff Mylton<br>6310 Fairview Rd.<br>Charlotte, NC 28210 |
| **David W. Jennings**<br>2035 Coltharp Rd.<br>Fort Mill, SC 29715 | **Synovus Bank**<br>PO Box 1457<br>Columbia, SC 29202 |
| **David W. Jennings**<br>2035 Coltharp Rd.<br>Fort Mill, SC 29715 | **Synovus Bank**<br>PO Box 1457<br>Columbia, SC 29202 |
| **Helda Enterprises Int'l., LLC**<br>PO Box 7804<br>Fairview Rd., Ste. 218<br>Charlotte, NC 28226 | **Fifth Third Bank**<br>%Jeff Mylton<br>6310 Fairview Rd.<br>Charlotte, NC 28210 |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Codebtors

In re  **Gold Hill Enterprises, LLC**  ,   Case No. **11-02458**
Debtor

# SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Helda Enterprises Int'l., LLC**<br>**PO Box 7804**<br>**Fairview Rd., Ste. 218**<br>**Charlotte, NC 28226** | **Synovus Bank**<br>**PO Box 1457**<br>**Columbia, SC 29202** |
| **Helda Enterprises Int'l., LLC**<br>**PO Box 7804**<br>**Fairview Rd., Ste. 218**<br>**Charlotte, NC 28226** | **Synovus Bank**<br>**PO Box 1457**<br>**Columbia, SC 29202** |
| **Jennings Enterprises**<br>**PO Box 1435**<br>**Fort Mill, SC 29716** | **Fifth Third Bank**<br>**%Jeff Mylton**<br>**6310 Fairview Rd.**<br>**Charlotte, NC 28210** |
| **Jennings Enterprises**<br>**PO Box 1435**<br>**Fort Mill, SC 29716** | **Synovus Bank**<br>**PO Box 1457**<br>**Columbia, SC 29202** |
| **Jennings Enterprises**<br>**PO Box 1435**<br>**Fort Mill, SC 29716** | **Synovus Bank**<br>**PO Box 1457**<br>**Columbia, SC 29202** |
| **Kathryn Jennings**<br>**2021 Coltharp Rd.**<br>**Fort Mill, SC 29715** | **Fifth Third Bank**<br>**%Jeff Mylton**<br>**6310 Fairview Rd.**<br>**Charlotte, NC 28210** |
| **Kathryn Jennings**<br>**2021 Coltharp Rd.**<br>**Fort Mill, SC 29715** | **Synovus Bank**<br>**PO Box 1457**<br>**Columbia, SC 29202** |
| **Kathryn Jennings**<br>**2021 Coltharp Rd.**<br>**Fort Mill, SC 29715** | **Synovus Bank**<br>**PO Box 1457**<br>**Columbia, SC 29202** |
| **R. Shawn Helda**<br>**6525 Wakehurst Rd.**<br>**Charlotte, NC 28226** | **Fifth Third Bank**<br>**%Jeff Mylton**<br>**6310 Fairview Rd.**<br>**Charlotte, NC 28210** |
| **R. Shawn Helda**<br>**6525 Wakehurst Rd.**<br>**Charlotte, NC 28226** | **Synovus Bank**<br>**PO Box 1457**<br>**Columbia, SC 29202** |
| **R. Shawn Helda**<br>**6525 Wakehurst Rd.**<br>**Charlotte, NC 28226** | **Synovus Bank**<br>**PO Box 1457**<br>**Columbia, SC 29202** |

Sheet **2** of **2** continuation sheets attached to the Schedule of Codebtors

# United States Bankruptcy Court
**District of South Carolina**

In re **Gold Hill Enterprises, LLC**  
Debtor(s)

Case No. **11-02458**  
Chapter **11**

# BUSINESS INCOME AND EXPENSES - AMENDED

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | |
|---|---:|
| 1. Gross Income For 12 Months Prior to Filing: | $ **0.00** |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | |
|---|---:|
| 2. Gross Monthly Income | $ **500,000.00** |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ **0.00** |
| 4. Payroll Taxes | **0.00** |
| 5. Unemployment Taxes | **0.00** |
| 6. Worker's Compensation | **0.00** |
| 7. Other Taxes | **6,916.67** |
| 8. Inventory Purchases (Including raw materials) | **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10. Rent (Other than debtor's principal residence) | **0.00** |
| 11. Utilities | **1,924.00** |
| 12. Office Expenses and Supplies | **0.00** |
| 13. Repairs and Maintenance | **0.00** |
| 14. Vehicle Expenses | **0.00** |
| 15. Travel and Entertainment | **0.00** |
| 16. Equipment Rental and Leases | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | **2,625.00** |
| 18. Insurance | **0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

| | |
|---|---:|
| 22. Total Monthly Expenses (Add items 3-21) | $ **11,465.67** |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | |
|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ **488,534.33** |