IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Gold Hill Enterprises, LLC, | ) | Case No. 11-02458-hb |
| | ) | |
| Debtor. | ) | |

**CONSENT ORDER
RESOLVING OBJECTIONS TO THE DISCLOSURE STATEMENT**

The relief set forth on the following page, for a total of 3 pages including this page, is hereby **ORDERED**.

_____

**FILED BY THE COURT
09/08/2011**



US Bankruptcy Judge
District of South Carolina

Entered: 09/09/2011

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Gold Hill Enterprises, LLC, | ) | Case No. 11-02458-hb |
| | ) | |
| Debtor. | ) | |

## CONSENT ORDER
## RESOLVING OBJECTIONS TO THE DISCLOSURE STATEMENT

The Debtor filed its Disclosure Statement on July 12, 2011. Objections were filed by R. Shawn Helda and Helda Enterprises International, LLC (together, "Helda"), Fifth Third Bank ("Fifth Third"), and NBSC, a division of Synovus Bank, successor by merger with The National Bank of South Carolina ("NBSC"). In response to the objections, the Debtor filed an Addendum to Disclosure Statement on September 7, 2011 (the "Addendum").

As a result of the filing of the Addendum, the objecting parties each have agreed to withdraw its objection and have consented to the approval of the Disclosure Statement without hearing.

NOW, THEREFORE, IT IS HEREBY ORDERED:

The Disclosure Statement, as supplemented by the Addendum, contains adequate information and is approved without objection. The Court will issue a separate order fixing the last day for ballots, fixing the last day for filing written objections to confirmation, and fixing the hearing date for confirmation of the plan.

AND IT IS SO ORDERED.

WE CONSENT:

BARTON LAW FIRM, P.A.


/s/ Christine E. Brimm
Barbara George Barton, ID #1221
Christine E. Brimm, ID #6313
1715 Pickens Street
Columbia, SC  29201
803-256-6582
bbarton@bartonlawsc.com
COUNSEL TO THE DEBTOR


/s/ John L. McCants
John L. McCants, ID #4870
Ellis Lawhorne & Sims, PA
P.O. Box 2285
Columbia, SC  29202
803-212-4959
jmccants@ellislawhorne.com
ATTORNEY FOR FIFTH THIRD BANK

/s/  Betsy Johnson Burn
Betsy Johnson Burn, # 7574
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Floor
Columbia, SC 29201
803-799-2000
Betsy.burn@nelsonmullins.com
ATTORNEY FOR NBSC


/s/ Julio E. Mendoza, Jr.
Julio E. Mendoza, Jr., Esq., #3365
Nexsen Pruet LLC
1230 Main Street, Ste. 700
Columbia, SC  29201
COUNSEL FOR HELDA